RIS

Discharged

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
STATE OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.406
0004279596 APR 22 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,970-01

MICHAEL JAMES WILLIAMS
TDC # 1968899

UTF